Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–11599–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Nicholas Anthony Gargiulo Jr.
  16 Pinewood Road
  Howell, NJ 07731

Social Security No.:
  xxx–xx–2814

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         11/5/19
Time:         10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

  An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

  **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 10, 2019
JAN: wir

            Jeanne Naughton
            Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-11599-MBK
Nicholas Anthony Gargiulo, Jr.                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: Jul 10, 2019
                               Form ID: 132             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2019.
```
db             +Nicholas Anthony Gargiulo, Jr.,    16 Pinewood Road,    Howell, NJ 07731-1418
cr             +HSBC Bank USA, National Association, as trustee of,    3415 Vision Drive,
                 Columbus, OH 43219-6009
lm             +Specialized Loan Servicing,    8742 Lucent Blvd, Ste 300,    Highlands Ranch, CO 80129-2386
518149623      +HSBC Bank USA, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517988925      +Motor Vehicle Commission,    PO Box 160,    Trenton, NJ 08666-0160
518133146      +NJSVS Bankruptcy Unit,    POB 136,    Trenton, NJ 08666-0136
517988926      +Office of the Public Defender,    PO Box 036,    Trenton, NJ 08625-0036
517988927      +Pluese, Becker & Saltzman,    20000 Horizon Way, Ste 900,    Mount Laurel, NJ 08054-4318
517988929      +Recmgmt Srvc,    240 Emery St,    Bethlehem, PA 18015-1980
517988928      +Recmgmt Srvc,    Attn: Bankruptcy,    4200 Cantera Drive, Suite 211,    Warrenville, IL 60555-3040
517988931     ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
               (address filed with court: Snap On Credit,    950 Technology Way,    Suite 301,
                 Libertyville, IL 60048)
517988934     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                 P.O. Box 245,    Trenton, NJ 08695-0245)
517988930      +Snap On Crdt,    Po Box 506,    Gurnee, IL 60031-0506
517988933      +Specialized Loan Servicing/SLS,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
517988932      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Dept,    8742 Lucent Blvd #300,
                 Highlands Ranch, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 11 2019 00:47:39     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 11 2019 00:47:36     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517988922       E-mail/Text: cio.bncmail@irs.gov Jul 11 2019 00:47:06     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517988924       E-mail/Text: camanagement@mtb.com Jul 11 2019 00:47:12     M&T Credit Services,
                 1 Fountain Plz Fl 4,    Buffalo, NY 14203
517988923       E-mail/Text: camanagement@mtb.com Jul 11 2019 00:47:12     M&T Credit Services,
                 Legal Document Processing,    1100 Wherle Dr,    Williamsville, NY 14221
518136803      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 11 2019 00:50:25     Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517988936      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 11 2019 00:46:11
                 Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
517988935      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 11 2019 00:46:11
                 Verizon Wireless,    Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr, Ste 550,
                 Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518026901*    ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
               (address filed with court: Snap-on Credit LLC,    950 Technology Way,    Suite 301,
                 Libertyville, IL 60048)
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                                     Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 10, 2019
                              Form ID: 132             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2019 at the address(es) listed below:

```
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon     on behalf of Creditor    HSBC Bank USA, National Association, as trustee of
           J.P. Morgan Alternative Loan Trust 2006-A5 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin Gordon McDonald     on behalf of Creditor    HSBC Bank USA, National Association, as trustee
           of J.P. Morgan Alternative Loan Trust 2006-A5 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Debtor Nicholas Anthony Gargiulo, Jr. bkwoliver@aol.com,
           R59915@notify.bestcase.com
                                                                                              TOTAL: 5
```