Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 19–11599–MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nicholas Anthony Gargiulo Jr.
   16 Pinewood Road
   Howell, NJ 07731

Social Security No.:
   xxx–xx–2814

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/6/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 8, 2019
JAN: ckk

                                                   Jeanne Naughton
                                                   Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                       Case No. 19-11599-MBK
Nicholas Anthony Gargiulo, Jr.                               Chapter 13
                     Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2       Date Rcvd: Nov 08, 2019
                              Form ID: 148             Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2019.
db             +Nicholas Anthony Gargiulo, Jr.,    16 Pinewood Road,    Howell, NJ 07731-1418
cr             +HSBC Bank USA, National Association, as trustee of,    3415 Vision Drive,
                 Columbus, OH 43219-6009
lm             +Specialized Loan Servicing,    8742 Lucent Blvd, Ste 300,    Highlands Ranch, CO 80129-2386
518149623      +HSBC Bank USA, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517988925      +Motor Vehicle Commission,    PO Box 160,    Trenton, NJ 08666-0160
518133146      +NJSVS Bankruptcy Unit,    POB 136,    Trenton, NJ 08666-0136
517988926      +Office of the Public Defender,    PO Box 036,    Trenton, NJ 08625-0036
517988927      +Pluese, Becker & Saltzman,    20000 Horizon Way, Ste 900,    Mount Laurel, NJ 08054-4318
517988929      +Recmgmt Srvc,    240 Emery St,    Bethlehem, PA 18015-1980
517988928      +Recmgmt Srvc,    Attn: Bankruptcy,    4200 Cantera Drive, Suite 211,    Warrenville, IL 60555-3040
517988931     ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
               (address filed with court: Snap On Credit,    950 Technology Way,    Suite 301,
                 Libertyville, IL 60048)
517988934     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                 P.O. Box 245,    Trenton, NJ 08695-0245)
517988930      +Snap On Crdt,    Po Box 506,    Gurnee, IL 60031-0506
517988933      +Specialized Loan Servicing/SLS,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
517988932      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Dept,    8742 Lucent Blvd #300,
                 Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 09 2019 00:05:08      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 09 2019 00:05:05      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517988922       EDI: IRS.COM Nov 09 2019 04:33:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517988924       E-mail/Text: camanagement@mtb.com Nov 09 2019 00:04:47      M&T Credit Services,
                 1 Fountain Plz Fl 4,    Buffalo, NY 14203
517988923       E-mail/Text: camanagement@mtb.com Nov 09 2019 00:04:47      M&T Credit Services,
                 Legal Document Processing,    1100 Wherle Dr,    Williamsville, NY 14221
518136803      +EDI: AIS.COM Nov 09 2019 04:28:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517988936      +EDI: VERIZONCOMB.COM Nov 09 2019 04:28:00      Verizon Wireless,    Po Box 650051,
                 Dallas, TX 75265-0051
517988935      +EDI: VERIZONCOMB.COM Nov 09 2019 04:28:00      Verizon Wireless,
                 Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr, Ste 550,
                 Weldon Spring, MO 63304-2225
                                                                                                TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518026901*    ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
               (address filed with court: Snap-on Credit LLC,    950 Technology Way,    Suite 301,
                 Libertyville, IL 60048)
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2019                                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 08, 2019
                              Form ID: 148             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as trustee of
               J.P. Morgan Alternative Loan Trust 2006-A5 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    HSBC Bank USA, National Association, as trustee
               of J.P. Morgan Alternative Loan Trust 2006-A5 kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Nicholas Anthony Gargiulo, Jr. bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                           TOTAL: 5
```